# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID VILLEGAS,
               Appellant,

vs.

HAROLD WICKHAM, WARDEN,
               Respondent.

No. 73155

FILED

JUN 2 8 2017

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the judgment(s)...on or about the 10th day of May 2017." Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, review of the district court minutes and docket entries indicate that no order, appealable or not, was entered on May 10, 2017. To the extent that appellant's appeal is in regard to his postconviction petition for a writ habeas corpus, no decision, oral or written, had been made on the petition when appellant filed his appeal on May 23, 2017. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Linda Marie Bell, District Judge
David Villegas
Attorney General/Carson City
Eighth District Court Clerk

17-21581